UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| KENNETH JASON FRANKLIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:15-CV-063-HSM-CHS |
| TONY BEAN, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution and failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should any Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R :**

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
     */s/ John L. Medearis*
    CLERK OF COURT